283-15

# ELECTRONIC RECORD

COA # 03-13-00049-CR    OFFENSE: 38.04

STYLE: Allen Maroyd Deloach v. The State of Texas    COUNTY: Lampasas

COA DISPOSITION: AFFIRMED    TRIAL COURT: 27th District Court

DATE: 02/19/15    Publish: NO    TC CASE #: 8931

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Allen Maroyd Deloach v. The State of Texas    CCA #: 283-15

_APPELLANT'S_ Petition    CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:    DATE: _____

_REFUSED_    JUDGE: _____

DATE: 04/22/2015    SIGNED: _____    PC: _____

JUDGE: Per Curiam    PUBLISH: _____    DNP: _____

-------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**